B1 (Official Form 1)(4/10)

# United States Bankruptcy Court
## District of Arizona

**Voluntary Petition**

| Name of Debtor (if individual, enter Last, First, Middle):<br>**ROLLIE, KENT RICHARD** | Name of Joint Debtor (Spouse) (Last, First, Middle):<br>**ROLLIE, KITTI KAROL** |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names):<br>**DBA ROLLIE PAINTING INC; FKA KITTI KAROL DiNICOLA** | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN (if more than one, state all)<br>**xxx-xx-0357** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN (if more than one, state all)<br>**xxx-xx-9047** |
| Street Address of Debtor (No. and Street, City, and State):<br>**6517 B EAST CALLE LA PAZ**<br>**TUCSON, AZ**<br>ZIP Code **85715** | Street Address of Joint Debtor (No. and Street, City, and State):<br>**6517 B EAST CALLE LA PAZ**<br>**TUCSON, AZ**<br>ZIP Code **85715** |
| County of Residence or of the Principal Place of Business:<br>**PIMA** | County of Residence or of the Principal Place of Business:<br>**PIMA** |
| Mailing Address of Debtor (if different from street address):<br>ZIP Code | Mailing Address of Joint Debtor (if different from street address):<br>ZIP Code |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | |

| Type of Debtor<br>(Form of Organization)<br>(Check one box) | Nature of Business<br>(Check one box) | Chapter of Bankruptcy Code Under Which the Petition is Filed (Check one box) |
|---|---|---|
| ■ Individual (includes Joint Debtors)<br>*See Exhibit D on page 2 of this form.*<br>☐ Corporation (includes LLC and LLP)<br>☐ Partnership<br>☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.) | ☐ Health Care Business<br>☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)<br>☐ Railroad<br>☐ Stockbroker<br>☐ Commodity Broker<br>☐ Clearing Bank<br>☐ Other<br><br>**Tax-Exempt Entity**<br>(Check box, if applicable)<br>☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code). | ☐ Chapter 7<br>☐ Chapter 9<br>☐ Chapter 11<br>☐ Chapter 12<br>■ Chapter 13<br>☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding<br>☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding<br><br>**Nature of Debts**<br>(Check one box)<br>■ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."<br>☐ Debts are primarily business debts. |

| Filing Fee (Check one box) | Chapter 11 Debtors |
|---|---|
| ■ Full Filing Fee attached<br>☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.<br>☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B. | Check one box:<br>☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).<br>☐ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).<br>Check if:<br>☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,343,300 *(amount subject to adjustment on 4/01/13 and every three years thereafter)*.<br>Check all applicable boxes:<br>☐ A plan is being filed with this petition.<br>☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b). |

**Statistical/Administrative Information**

■ Debtor estimates that funds will be available for distribution to unsecured creditors.
☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

Estimated Number of Creditors

| ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | OVER 100,000 |

Estimated Assets

| ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

Estimated Liabilities

| ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

| **Voluntary Petition** | Name of Debtor(s): |
| --- | --- |
| *(This page must be completed and filed in every case)* | **ROLLIE, KENT RICHARD**<br>**ROLLIE, KITTI KAROL** |

| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet) | | |
| --- | --- | --- |
| Location Where Filed: **- None -** | Case Number: | Date Filed: |
| Location Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet) | | |
| --- | --- | --- |
| Name of Debtor:<br>**- None -** | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B** |
| --- | --- |
| | (To be completed if debtor is an individual whose debts are primarily consumer debts.) |
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.) | I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b). |
| ☐ Exhibit A is attached and made a part of this petition. | **X** **/s/ Daniel J. Rylander**    **April 21, 2010**<br>Signature of Attorney for Debtor(s)    (Date)<br>**Daniel J. Rylander 015279** |

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

■ No.

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

■ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

■ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box)

■ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

| **Voluntary Petition** | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **ROLLIE, KENT RICHARD**<br>**ROLLIE, KITTI KAROL** |

**Signatures**

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7. [If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X **/s/ KENT RICHARD ROLLIE**
Signature of Debtor **KENT RICHARD ROLLIE**

X **/s/ KITTI KAROL ROLLIE**
Signature of Joint Debtor **KITTI KAROL ROLLIE**

Telephone Number (If not represented by attorney)

**April 21, 2010**
Date

### Signature of Attorney*

X **/s/ Daniel J. Rylander**
Signature of Attorney for Debtor(s)

**Daniel J. Rylander 015279**
Printed Name of Attorney for Debtor(s)

**ROBINSON & RYLANDER, P.C.**
Firm Name

**4340 N. CAMPBELL AVENUE**
**SUITE 266**
**TUCSON, AZ 85718**

Address

**520-299-4922  Fax: 520-299-1482**
Telephone Number

**April 21, 2010**
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Authorized Individual

_____
Printed Name of Authorized Individual

_____
Title of Authorized Individual

_____
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

X _____

_____
Date

Signature of Bankruptcy Petition Preparer or officer, principal, responsible person, or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.*

ROLLIE, KENT and KITTI -

AMERICA ON LINE
Acct No xxxxxx4877
PO BOX 330622
TAMPA FL 33630-0622

AMERICAN EXPRESS
Acct No 0483
BANKRUPTCY DEPARTMENT
16 GENERAL WARREN BLVD
MALVERN PA 19355

ARIZONA DEPARTMENT OF REVENUE
Acct No xxxxx9047
BANKRUPTCY UNIT
1600 W MONROE RM 110
PHOENIX AZ 85007

CAPITAL ONE
Acct No xxxx-xxxx-xxxx-2482
PO BOX 60579
CITY OF INDUSTRY CA 91716-0599

CAPITAL ONE BANK
Acct No 8032
INQUIRIES
PO BOX 30285
SALT LAKE CITY UT 84130-0285

CERTEGY PAYMENT RECOVERY SERVICES INC
Acct No 25677929 099999
11601 ROOSEVELT BOULEVARD
SAINT PETERSBURG FL 33716

CHASE
Acct No xxxxx0357
ATTN: BANKRUPTCY DEPT
PO BOX 100018
KENNESAW GA 30156

CHASE
Acct No xxxxx9047
ATTN: BANKRUPTCY DEPT
PO BOX 100018
KENNESAW GA 30156

ROLLIE, KENT and KITTI -

CHASE
Acct No 5764
ATTN: BANKRUPTCY DEPT
PO BOX 100018
KENNESAW GA 30156

CHASE MORTGAGE
Acct No 0056
10790 RANCHO BERNARDO RD
SAN DIEGO CA 92127

CHASE MORTGAGE
Acct No 0049
10790 RANCHO BERNARDO RD
SAN DIEGO CA 92127

CITI CORP/ BANKRUPTCY DEPT.
Acct No xxxxx9047
CREDIT SERVICES CENTALIZED BANKRUPTCY
PO BOX 20432
KANSAS CITY MO 64195

CITIBANK/SEARS
Acct No 8893
PO BOX 740281
HOUSTON TX 77274

CITIFINANIAL
Acct No 2035
300 SAINT PAUL PL
BALTIMORE MD 21202

DESERT DIAMOND NOGALES
Acct No xxxx7929
7350 S NOGALES HWY
TUCSON AZ 85756

DISCOVER CARD
Acct No 1015
P.O. BOX 30395
SALT LAKE CITY UT 84130-0395

DISCOVER CARD
Acct No 2070
ACCOUNT INQUIRIES
PO BOX 30943
SALT LAKE CITY UT 84130

ROLLIE, KENT and KITTI -

DISCOVER CARD
Acct No 8087
P.O. BOX 30395
SALT LAKE CITY UT 84130-0395

DUNN EDWARDS
Acct No xxxxx0357
7525 E. BROADWAY
TUCSON AZ 85705

EQUABLE ASCENT FINANCIL
Acct No 6819
1120 WEST LAKE CO
BUFFALO GROVE IL 60089

G C SERVICES
Acct No 5710
C/O SPRINT
6330 GULFTON STREET STE 400
HOUSTON TX 77081

GE MONEY BANK
Acct No 6819
5996 W. TOUHY AVENUE
NILES IL 60714

GEMB/CARE CREDIT
Acct No 4651
ATTN: BANKRUPTCY
P O BOX 103106
ROSWELL GA 30076

GEMB/DILLARDS
Acct No 1410
PO BOX 981471
EL PASO TX 79998

GEMB/WALMART
Acct No 2375
ATTN: BANKRUPTCY
P O BOX 103106
ROSWELL GA 30076

GURSTEL STALOCH & CHARGO, P.A.
Acct No xxxxx9047
64 E BROADWAY RD, STE 255
TEMPE AZ 85282

ROLLIE, KENT and KITTI -

HSN
Acct No xxxxxxxxxxxx3894
PO BOX 9090
CLEARWATER FL 33758-9090

INTERNAL REVENUE SERVICE
Acct No xxxxx9047
CENTRALIZED INSOLVENCY OPERATION
PO BOX 21126
PHILADELPHIA PA 19114

INTERNAL REVENUE SERVICE
Acct No xxxxx9047
CENTRALIZED INSOLVENCY OPERATION
PO BOX 21126
PHILADELPHIA PA 19114

JC PENNEY
Acct No 3273
BANKRUPTCY DEPARTMENT
PO BOX 65
DALLAS TX 75221

KOHL'S / CHASE
Acct No 9652
3550 SALZMAN ROAD
MIDDLETOWN OH 45044

LVNV FUNDING LLC
Acct No 8893
PO BOX 740281
HOUSTON TX 77274-0281

MACY'S
Acct No 7420
BANKRUPTCY DEPARTMENT
6356 CORLEY ROAD
NORCROSS GA 30071

MEADOWS HOA
Acct No x517B
6644 E. CALLE ALEGRIA
TUCSON AZ 85715

ROLLIE, KENT and KITTI -


OLD NAVY
Acct No xxxxx9047
P.O. BOX 103090
ROSWELL GA 30076


STATE FARM FINANCAL
Acct No 0001
ONE STATE FARM PLAZA
BLOOMINGTON IL 61710


SURETY ACCEPTANCE CORP
Acct No 8602
C/O SHEFTEL ASSOCIATES
6440 E BROADWAY
TUCSON AZ 85710


TUCSON FEDERAL CREDIT UNION
Acct No 9225
P O BOX 42435
TUCSON AZ 85733


TUCSON MEDICAL CENTER
Acct No 7776
5301 EAST GRANT ROAD
P O BOX 42195
TUCSON AZ 85733


VICTORIA SECRET
Acct No 4287
PO BOX 659562
SAN ANTONIO TX 78265


WELLS FARGO
Acct No 9001
PO BOX 29704
PHOENIX AZ 85038