.

# United States Bankruptcy Court

## District of Arizona

In re    **KENT RICHARD ROLLIE,**      Case No.   <u>4:10-bk-11805-JMM</u>

       **KITTI KAROL ROLLIE**

                                    Debtors      Chapter                   **13**

# SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | 97,000.00 | | |
| B - Personal Property | Yes | 4 | 40,981.00 | | |
| C - Property Claimed as Exempt | Yes | 2 | | | |
| D - Creditors Holding Secured Claims | Yes | 2 | | 95,537.00 | |
| E - Creditors Holding Unsecured Priority Claims  (Total of Claims on Schedule E) | Yes | 2 | | 30,500.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 8 | | 94,599.36 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 1 | | | |
| I - Current Income of Individual Debtor(s) | Yes | 1 | | | 5,476.41 |
| J - Current Expenditures of Individual Debtor(s) | Yes | 2 | | | 5,491.39 |
| Total Number of Sheets of ALL Schedules | | 24 | | | |
| Total Assets | | | 137,981.00 | | |
| Total Liabilities | | | | 220,636.36 | |

.

# United States Bankruptcy Court

## District of Arizona

In re   **KENT RICHARD ROLLIE,**
      **KITTI KAROL ROLLIE**

Case No.   <u>4:10-bk-11805-JMM</u>

           Debtors

Chapter            **13**

# STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C.§ 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

☐   Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | 0.00 |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | 30,500.00 |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | 0.00 |
| Student Loan Obligations (from Schedule F) | 0.00 |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | 0.00 |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | 0.00 |
| TOTAL | 30,500.00 |

**State the following:**

| | |
|---|---|
| Average Income (from Schedule I, Line 16) | 5,476.41 |
| Average Expenses (from Schedule J, Line 18) | 5,491.39 |
| Current Monthly Income (from Form 22A Line 12; OR, Form 22B Line 11; OR, Form 22C Line 20 ) | 4,398.13 |

**State the following:**

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | 5,960.00 |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column | 30,500.00 | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | 0.00 |
| 4. Total from Schedule F | | 94,599.36 |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | 100,559.36 |

In re   **KENT RICHARD ROLLIE,**
         **KITTI KAROL ROLLIE**

Case No.   **4:10-bk-11805-JMM**

Debtors

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim." If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| **6517 B EAST CALLE LA PAZ TUCSON, AZ 85715 LOT 2 OF MONTE CATALINA ESTATES PCL 30B** | | C | 97,000.00 | 76,572.00 |
| | | Sub-Total > | 97,000.00 | (Total of this page) |
| | | Total > | 97,000.00 | |
| | | (Report also on Summary of Schedules) | | |

**0**    continuation sheets attached to the Schedule of Real Property

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com

In re   **KENT RICHARD ROLLIE,**                       Case No.  **4:10-bk-11805-JMM**

         **KITTI KAROL ROLLIE**

                             Debtors

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."

If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 1.  Cash on hand | | **CASH ON HAND** | **C** | 500.00 |
| 2.  Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **CHASE BANK**<br>**1111 POLARIS PARKWAY**<br>**COLUMBUS, OH 43240**<br>**SPOUSE'S CHECKING ACCOUNT**<br>**ACCOUNT #9798** | **C** | 100.00 |
| | | **CHASE BANK**<br>**1111 POLARIS PARKWAY**<br>**COLUMBUS, OH 43240**<br>**SPOUSE'S SAVINGS ACCOUNT**<br>**ACCOUNT #7998** | **C** | 70.00 |
| | | **COMPASS BANK**<br>**15 20TH STREET**<br>**BIRMINGHAM, AL 35233**<br>**DEBTOR'S BUSINESS CHECKING ACCOUNT**<br>**ACCOUNT #6829** | **C** | 100.00 |
| | | **WELLS FARGO BANK**<br>**PO BOX 2908**<br>**PHOENIX, AZ 85062**<br>**SPOUSE'S CHECKING ACCOUNT**<br>**ACCOUNT #5821** | **C** | 5,000.00 |
| 3.  Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4.  Household goods and furnishings, including audio, video, and computer equipment. | | **KITCHEN TABLE & CHAIRS, DINING ROOM TABLE & CHAIRS, LIVING ROOM SOFA, LOVESEAT, LIVING ROOM CHAIRS, COFFEE/END TABLES, BEDS, BED TABLES & DRESSERS, BEDDING, RADIO ALARM CLOCKS, LAMPS, STOVE, REFRIGERATOR, WASHING MACHINE, CLOTHES DRYER, VACUUM CLEANER, TELEVISION.** | **C** | 1,445.00 |

|  | Sub-Total >  | 7,215.00 |
|---|---|---|
| | (Total of this page) | |

  **3**   continuation sheets attached to the Schedule of Personal Property

In re   **KENT RICHARD ROLLIE,**                          Case No.  **4:10-bk-11805-JMM**

                 **KITTI KAROL ROLLIE**

Debtors

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| | | DISHES, GLASSES, SILVERWARE, SMALL KITCHEN APPLIANCES, MICROWAVE, STEREO, RADIO, IPOD, DVD PLAYER, DVDS, CDS, OTHER TELEVISION. | C | 2,055.00 |
| | | SEWING MACHINE | C | 25.00 |
| | | COMPUTER | C | 300.00 |
| 5. Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | | BOOKS | C | 25.00 |
| | | FAMILY PHOTOS | C | 100.00 |
| 6. Wearing apparel. | | DEBTOR'S CLOTHES | C | 200.00 |
| | | SPOUSE'S CLOTHES | C | 300.00 |
| 7. Furs and jewelry. | | COSTUME JEWELRY | C | 100.00 |
| | | DEBTOR'S WATCH | C | 25.00 |
| | | WEDDING RINGS | C | 200.00 |
| 8. Firearms and sports, photographic, and other hobby equipment. | | RIFLE | C | 500.00 |
| | | CAMERA | C | 100.00 |
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | | NOVA HOME LOANS 1650 E. RIVER ROAD #108 TUCSON, AZ 85718 SPOUSE'S TERM LIFE INSURANCE POLICY POLICY #9047 | C | 0.00 |
| 10. Annuities. Itemize and name each issuer. | X | | | |
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |

Sub-Total >       **3,930.00**

(Total of this page)

Sheet  __1__   of  __3__   continuation sheets attached
to the Schedule of Personal Property

In re    **KENT RICHARD ROLLIE,**                                    Case No.    **4:10-bk-11805-JMM**
     **KITTI KAROL ROLLIE**
                                                   Debtors

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | | **CHASE STOCKS** | C | 586.00 |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 16. Accounts receivable. | X | | | |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | | **BUSINESS LICENSES ROLLIE PAINTING INC 6517 E CALLE LA PAZ B TUCSON, AZ 85715 DEBTOR'S BUSINESS LICENSES LICENSES #4362** | C | 5,000.00 |

Sub-Total >        **5,586.00**
(Total of this page)

Sheet    **2**    of    **3**    continuation sheets attached
to the Schedule of Personal Property

In re    **KENT RICHARD ROLLIE,**           Case No.   **4:10-bk-11805-JMM**
          **KITTI KAROL ROLLIE**

Debtors

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | 2003 HONDA CIVIC LX VIN 2HGES165X3H566998 | C | 6,405.00 |
| | | 2005 FORD F150 VIN 1FTRX12W65FA35804 | C | 10,795.00 |
| | | 2000 FORD VAN VIN 1FTRE1425YHA01684 | C | 1,500.00 |
| | | 2005 CHEVROLET TRUCK | C | 5,000.00 |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | X | | | |
| 29. Machinery, fixtures, equipment, and supplies used in business. | | SPRAYER, LADDERS, BRUSHES, TAPE, PUTTY KNIFES | C | 500.00 |
| 30. Inventory. | X | | | |
| 31. Animals. | | (2) CATS | C | 50.00 |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | X | | | |

|  |  |
|---|---|
| Sub-Total > | 24,250.00 |
| (Total of this page) | |
| Total > | 40,981.00 |

Sheet  **3**  of  **3**  continuation sheets attached
to the Schedule of Personal Property

(Report also on Summary of Schedules)

.

| In re | **KENT RICHARD ROLLIE,** | Case No. **4:10-bk-11805-JMM** |
|---|---|---|
| | **KITTI KAROL ROLLIE** | |

Debtors

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor claims the exemptions to which debtor is entitled under:
(Check one box)
- ☐ 11 U.S.C. §522(b)(2)
- ☒ 11 U.S.C. §522(b)(3)

☒ Check if debtor claims a homestead exemption that exceeds
$146,450. *(Amount subject to adjustment on 4/1/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.)*

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---|---|
| **Real Property** | | | |
| **6517 B EAST CALLE LA PAZ** **TUCSON, AZ 85715** **LOT 2 OF MONTE CATALINA ESTATES PCL 30B** | **Ariz. Rev. Stat. § 33-1101(A)** | **150,000.00** | **97,000.00** |
| **Checking, Savings, or Other Financial Accounts, Certificates of Deposit** | | | |
| **CHASE BANK** **1111 POLARIS PARKWAY** **COLUMBUS, OH 43240** **SPOUSE'S CHECKING ACCOUNT** **ACCOUNT #9798** | **Ariz. Rev. Stat. § 33-1126A9** | **100.00** | **100.00** |
| **CHASE BANK** **1111 POLARIS PARKWAY** **COLUMBUS, OH 43240** **SPOUSE'S SAVINGS ACCOUNT** **ACCOUNT #7998** | **Ariz. Rev. Stat. § 33-1126A9** | **70.00** | **70.00** |
| **COMPASS BANK** **15 20TH STREET** **BIRMINGHAM, AL 35233** **DEBTOR'S BUSINESS CHECKING ACCOUNT** **ACCOUNT #6829** | **Ariz. Rev. Stat. § 33-1126A9** | **100.00** | **100.00** |
| **WELLS FARGO BANK** **PO BOX 2908** **PHOENIX, AZ 85062** **SPOUSE'S CHECKING ACCOUNT** **ACCOUNT #5821** | **Ariz. Rev. Stat. § 33-1126A9** | **30.00** | **5,000.00** |
| **Household Goods and Furnishings** | | | |
| **KITCHEN TABLE & CHAIRS, DINING ROOM TABLE & CHAIRS, LIVING ROOM SOFA, LOVESEAT, LIVING ROOM CHAIRS, COFFEE/END TABLES, BEDS, BED TABLES & DRESSERS, BEDDING, RADIO ALARM CLOCKS, LAMPS, STOVE, REFRIGERATOR, WASHING MACHINE, CLOTHES DRYER, VACUUM CLEANER, TELEVISION.** | **Ariz. Rev. Stat. § 33-1123** | **8,000.00** | **1,445.00** |
| **SEWING MACHINE** | **Ariz. Rev. Stat. § 33-1125(7)** | **25.00** | **25.00** |
| **COMPUTER** | **Ariz. Rev. Stat. § 33-1125(5)** | **300.00** | **300.00** |
| **Books, Pictures and Other Art Objects; Collectibles** | | | |
| **BOOKS** | **Ariz. Rev. Stat. § 33-1125(5)** | **25.00** | **25.00** |
| **FAMILY PHOTOS** | **Ariz. Rev. Stat. § 33-1123(10)** | **100.00** | **100.00** |
| **Wearing Apparel** | | | |
| **DEBTOR'S CLOTHES** | **Ariz. Rev. Stat. § 33-1125(1)** | **200.00** | **200.00** |

  **1**  continuation sheets attached to Schedule of Property Claimed as Exempt

In re    **KENT RICHARD ROLLIE,**        Case No.   **4:10-bk-11805-JMM**
         **KITTI KAROL ROLLIE**

Debtors

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT
(Continuation Sheet)

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---|---|
| **SPOUSE'S CLOTHES** | **Ariz. Rev. Stat. § 33-1125(1)** | **300.00** | **300.00** |
| **Furs and Jewelry** | | | |
| **DEBTOR'S WATCH** | **Ariz. Rev. Stat. § 33-1125(6)** | **25.00** | **25.00** |
| **WEDDING RINGS** | **Ariz. Rev. Stat. § 33-1125(4)** | **200.00** | **200.00** |
| **Firearms and Sports, Photographic and Other Hobby Equipment** | | | |
| **RIFLE** | **Ariz. Rev. Stat. § 33-1125(7)** | **500.00** | **500.00** |
| **Interests in Insurance Policies** | | | |
| **NOVA HOME LOANS** | **Ariz. Rev. Stat. § 20-1131** | **0.00** | **0.00** |
| **1650 E. RIVER ROAD #108** | | | |
| **TUCSON, AZ 85718** | | | |
| **SPOUSE'S TERM LIFE INSURANCE POLICY** | | | |
| **POLICY #9047** | | | |
| **Automobiles, Trucks, Trailers, and Other Vehicles** | | | |
| **2005 FORD F150** | **Ariz. Rev. Stat. § 33-1125(8)** | **5,000.00** | **10,795.00** |
| **VIN 1FTRX12W65FA35804** | | | |
| **2005 CHEVROLET TRUCK** | **Ariz. Rev. Stat. § 33-1125(8)** | **5,000.00** | **5,000.00** |
| **Machinery, Fixtures, Equipment and Supplies Used in Business** | | | |
| **SPRAYER, LADDERS, BRUSHES, TAPE, PUTTY KNIFES** | **Ariz. Rev. Stat. § 33-1130(1)** | **500.00** | **500.00** |
| **Animals** | | | |
| **(2) CATS** | **Ariz. Rev. Stat. § 33-1125(3)** | **50.00** | **50.00** |
| | Total: | **170,525.00** | **121,735.00** |

Sheet  **1**  of  **1**  continuation sheets attached to the Schedule of Property Claimed as Exempt

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com        Best Case Bankruptcy

B6D (Official Form 6D) (12/07)

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor" ,include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion" on the Statistical Summary of Certain Liabilities and Related Data.

☐   Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. **0056**<br><br>**CHASE MORTGAGE**<br>**10790 RANCHO BERNARDO RD**<br>San Diego, CA 92127 | | C | **11/2001**<br>**DEED OF TRUST**<br>**6517 B EAST CALLE LA PAZ**<br>**TUCSON, AZ 85715**<br>**LOT 2 OF MONTE CATALINA ESTATES**<br>**PCL 30B** | | | | | |
| | | | Value $            **97,000.00** | | | | **44,422.00** | **0.00** |
| Account No. **0049**<br><br>**CHASE MORTGAGE**<br>**10790 RANCHO BERNARDO RD**<br>San Diego, CA 92127 | | C | **2/2005**<br>**SECOND MORTGAGE**<br>**6517 B EAST CALLE LA PAZ**<br>**TUCSON, AZ 85715**<br>**LOT 2 OF MONTE CATALINA ESTATES**<br>**PCL 30B** | | | | | |
| | | | Value $            **97,000.00** | | | | **32,150.00** | **0.00** |
| Account No. **x517B**<br><br>**MEADOWS HOA**<br>**6644 E. CALLE ALEGRIA**<br>**TUCSON, AZ 85715** | | C | **2008**<br>**HOMEOWNERS ASSOCIATION FEES**<br>**6517 B EAST CALLE LA PAZ**<br>**TUCSON, AZ 85715**<br>**LOT 2 OF MONTE CATALINA ESTATES**<br>**PCL 30B** | | | | | |
| | | | Value $            **97,000.00** | | | | **0.00** | **0.00** |
| Account No. **0001**<br><br>**STATE FARM FINANCAL**<br>**ONE STATE FARM PLAZA**<br>**Bloomington, IL 61710** | | C | **4/2007**<br>**VEHICLE LOAN**<br>**2005 FORD F150**<br>**VIN 1FTRX12W65FA35804** | | | | | |
| | | | Value $            **10,795.00** | | | | **6,600.00** | **0.00** |

  __1__   continuation sheets attached

Subtotal           | **83,172.00** | **0.00** |

(Total of this page)

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com                         Best Case Bankruptcy

In re   **KENT RICHARD ROLLIE,**                         Case No.  **4:10-bk-11805-JMM**
          **KITTI KAROL ROLLIE**

_____,

Debtors

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | Husband, Wife, Joint, or Community H / W / J / C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. **9001** <br><br>**WELLS FARGO** <br>**PO BOX 29704** <br>**PHOENIX, AZ 85038** | | C | **8/2007** <br><br>**Non-Purchase Money Security** <br><br>**2003 HONDA CIVIC LX** <br>**VIN 2HGES165X3H566998** <br><br> Value $      **6,405.00** | | | | **12,365.00** | **5,960.00** |
| Account No. | | | <br><br><br><br><br> Value $ | | | | | |
| Account No. | | | <br><br><br><br><br> Value $ | | | | | |
| Account No. | | | <br><br><br><br><br> Value $ | | | | | |
| Account No. | | | <br><br><br><br><br> Value $ | | | | | |

Sheet  **1**  of  **1**  continuation sheets attached to
Schedule of Creditors Holding Secured Claims

| | Subtotal <br>(Total of this page) | **12,365.00** | **5,960.00** |
|---|---|---|---|
| | Total <br>(Report on Summary of Schedules) | **95,537.00** | **5,960.00** |

In re   **KENT RICHARD ROLLIE,**
       **KITTI KAROL ROLLIE**
                            Debtors

Case No.   **4:10-bk-11805-JMM**

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts not entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS** (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic support obligations**

Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $11,725* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**

Claims of certain farmers and fishermen, up to $5,775* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**

Claims of individuals up to $2,600* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

■ **Taxes and certain other debts owed to governmental units**

Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to maintain the capital of an insured depository institution**

Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for death or personal injury while debtor was intoxicated**

Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

*\* Amount subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

          **1**     continuation sheets attached

In re   **KENT RICHARD ROLLIE,**
      **KITTI KAROL ROLLIE**

Case No.  **4:10-bk-11805-JMM**

_____,
Debtors

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

**Taxes and Certain Other Debts
Owed to Governmental Units**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|
| Account No. **xxxxx9047** <br><br> **ARIZONA DEPARTMENT OF REVENUE BANKRUPTCY UNIT 1600 W MONROE RM 110 PHOENIX, AZ 85007** | C | | **2009** <br><br> **140 STATE INCOME TAXES** | | | | **5,300.00** | **0.00** | **5,300.00** |
| Account No. **xxxxx9047** <br><br> **INTERNAL REVENUE SERVICE CENTRALIZED INSOLVENCY OPERATION PO BOX 21126 PHILADELPHIA, PA 19114** | C | | **2008** <br><br> **1040 FEDERAL INCOME TAXES** | | | | **3,200.00** | **0.00** | **3,200.00** |
| Account No. **xxxxx9047** <br><br> **INTERNAL REVENUE SERVICE CENTRALIZED INSOLVENCY OPERATION PO BOX 21126 PHILADELPHIA, PA 19114** | C | | **2009** <br><br> **1040 FEDERAL INCOME TAXES** | | | | **22,000.00** | **0.00** | **22,000.00** |
| Account No. | | | | | | | | | |
| Account No. | | | | | | | | | |

Sheet **1** of **1** continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

| | | |
|---|---|---|
| Subtotal (Total of this page) | 30,500.00 | 0.00 <br> 30,500.00 |
| Total (Report on Summary of Schedules) | 30,500.00 | 0.00 <br> 30,500.00 |

In re   **KENT RICHARD ROLLIE,**
              **KITTI KAROL ROLLIE**

Case No.  **4:10-bk-11805-JMM**

Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐   Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. xxxxxx4877 **AMERICA ON LINE** **PO BOX 330622** **TAMPA, FL 33630-0622** | C | | | **2006** **INTERNET** | | | | 103.60 |
| Account No. 0483 **AMERICAN EXPRESS** **BANKRUPTCY DEPARTMENT** **16 GENERAL WARREN BLVD** **MALVERN, PA 19355** | C | | | **1/2004** **CREDIT CARD** | | | | 6,643.00 |
| Account No. xxxx-xxxx-xxxx-2482 **CAPITAL ONE** **PO BOX 60579** **City of Industry, CA 91716-0599** | C | | | **CREDIT CARD PURCHASE** | | | | 4,822.76 |
| Account No. 8032 **CAPITAL ONE BANK** **INQUIRIES** **PO BOX 30285** **SALT LAKE CITY, UT 84130-0285** | C | | | **9/2004** **CREDIT CARD** | | | | 5,311.00 |

   **7**   continuation sheets attached

Subtotal
(Total of this page)

16,880.36

In re  **KENT RICHARD ROLLIE,**
　　　**KITTI KAROL ROLLIE**

Case No. __4:10-bk-11805-JMM__

_____,
Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. **xxxxx0357** | | | | CREDIT CARD | | | | |
| **CHASE ATTN: BANKRUPTCY DEPT PO BOX 100018 KENNESAW, GA 30156** | C | | | | | | | 1,500.00 |
| Account No. **xxxxx9047** | | | | CREDIT CARD | | | | |
| **CHASE ATTN: BANKRUPTCY DEPT PO BOX 100018 KENNESAW, GA 30156** | C | | | | | | | 1,000.00 |
| Account No. **5764** | | | | 5/2001 CREDIT CARD | | | | |
| **CHASE ATTN: BANKRUPTCY DEPT PO BOX 100018 KENNESAW, GA 30156** | C | | | | | | | 8,306.00 |
| Account No. **xxxxx9047** | | | | CREDIT CARD | | | | |
| **CITI CORP/ BANKRUPTCY DEPT. CREDIT SERVICES CENTALIZED BANKRUPTCY PO BOX 20432 KANSAS CITY, MO 64195** | C | | | | | | | 3,000.00 |
| Account No. **8893** | | | | 8/2009 CREDIT CARD | | | | |
| **CITIBANK/SEARS PO BOX 740281 Houston, TX 77274** | C | | | | | | | 5,558.00 |

Sheet no. __1__ of __7__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**19,364.00**

In re    **KENT RICHARD ROLLIE,**
      **KITTI KAROL ROLLIE**

Case No.   __4:10-bk-11805-JMM__

                         Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> **LVNV FUNDING LLC** <br> **PO BOX 740281** <br> **Houston, TX 77274-0281** | | | **Representing:** <br> **CITIBANK/SEARS** | | | | **Notice Only** |
| Account No. **2035** <br><br> **CITIFINANIAL** <br> **300 SAINT PAUL PL** <br> **Baltimore, MD 21202** | C | | **7/2009** <br> **CREDIT CARD** | | | | **10,031.00** |
| Account No. **xxxx7929** <br><br> **DESERT DIAMOND NOGALES** <br> **7350 S NOGALES HWY** <br> **TUCSON, AZ 85756** | C | | **12/2009** <br> **RETURNED CHECK** | | | | **225.00** |
| Account No. **25677929 099999** <br><br> **CERTEGY PAYMENT RECOVERY SERVICES INC** <br> **11601 ROOSEVELT BOULEVARD** <br> **Saint Petersburg, FL 33716** | | | **Representing:** <br> **DESERT DIAMOND NOGALES** | | | | **Notice Only** |
| Account No. **1015** <br><br> **DISCOVER CARD** <br> **P.O. BOX 30395** <br> **Salt Lake City, UT 84130-0395** | C | | **2009** <br> **CREDIT CARD** | | | | **11,379.00** |

Sheet no. __2__ of __7__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**21,635.00**

In re **KENT RICHARD ROLLIE,**        Case No. __4:10-bk-11805-JMM__
       **KITTI KAROL ROLLIE**

_____,
Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **2070** <br><br> **DISCOVER CARD** <br> **ACCOUNT INQUIRIES** <br> **PO BOX 30943** <br> **SALT LAKE CITY, UT 84130** | C | | | 9/1999 <br> **CREDIT CARD** | | | | 10,323.00 |
| Account No. **8087** <br><br> **DISCOVER CARD** <br> **P.O. BOX 30395** <br> **Salt Lake City, UT 84130-0395** | C | | | 6/2000 <br> **CREDIT CARD** | | | | 1,453.00 |
| Account No. **xxxxx0357** <br><br> **DUNN EDWARDS** <br> **7525 E. BROADWAY** <br> **Tucson, AZ 85705** | C | | | **CREDIT LINE BUSINESS** | | | | 5,517.00 |
| Account No. **5710** <br><br> **G C SERVICES** <br> **C/O SPRINT** <br> **6330 GULFTON STREET STE 400** <br> **Houston, TX 77081** | C | | | 1/2010 <br> **CELL PHONE BILL** | | | | 36.00 |
| Account No. **6819** <br><br> **GE MONEY BANK** <br> **5996 W. TOUHY AVENUE** <br> **NILES, IL 60714** | C | | | 7/2009 <br> **CREDIT CARD** | | | | 1,905.00 |

Sheet no. __3__ of __7__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**19,234.00**

In re  **KENT RICHARD ROLLIE,**
       **KITTI KAROL ROLLIE**
                                                        Case No.  **4:10-bk-11805-JMM**
_____,
                          Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. | | | | **Representing:** | | | | |
| **EQUABLE ASCENT FINANCIL** **1120 WEST LAKE CO** **Buffalo Grove, IL 60089** | | | | **GE MONEY BANK** | | | | **Notice Only** |
| Account No. **4651** | | C | | 10/2005 CREDIT CARD | | | | |
| **GEMB/CARE CREDIT** **ATTN: BANKRUPTCY** **P O BOX 103106** **ROSWELL, GA 30076** | | | | | | | | **986.00** |
| Account No. **1410** | | C | | 11/1986 CREDIT CARD | | | | |
| **GEMB/DILLARDS** **PO BOX 981471** **El Paso, TX 79998** | | | | | | | | **2,169.00** |
| Account No. **2375** | | C | | 2/2005 CREDIT CARD | | | | |
| **GEMB/WALMART** **ATTN: BANKRUPTCY** **P O BOX 103106** **ROSWELL, GA 30076** | | | | | | | | **2,442.00** |
| Account No. **xxxxxxxxxxx3894** | | C | | CREDIT CARD | | | | |
| **HSN** **PO BOX 9090** **Clearwater, FL 33758-9090** | | | | | | | | **1,156.80** |

Sheet no. __4__ of __7__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**6,753.80**

In re   **KENT RICHARD ROLLIE,**
       **KITTI KAROL ROLLIE**

Case No. **4:10-bk-11805-JMM**

Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **3273**<br><br>**JC PENNEY**<br>**BANKRUPTCY DEPARTMENT**<br>**PO BOX 65**<br>**DALLAS, TX 75221** | C | | **4/2006**<br>**CREDIT CARD** | | | | **693.00** |
| Account No. **9652**<br><br>**KOHL'S / CHASE**<br>**3550 SALZMAN ROAD**<br>**MIDDLETOWN, OH 45044** | C | | **8/2004**<br>**CREDIT CARD** | | | | **1,212.00** |
| Account No. **7420**<br><br>**MACY'S**<br>**BANKRUPTCY DEPARTMENT**<br>**6356 CORLEY ROAD**<br>**NORCROSS, GA 30071** | C | | **3/1997**<br>**CREDIT CARD** | | | | **1,380.00** |
| Account No. **xxxxx9047**<br><br>**OLD NAVY**<br>**P.O. BOX 103090**<br>**ROSWELL, GA 30076** | C | | **CREDIT CARD`** | | | | **1,959.00** |
| Account No.<br><br>**GURSTEL STALOCH & CHARGO, P.A.**<br>**64 E BROADWAY RD, STE 255**<br>**Tempe, AZ 85282** | | | Representing:<br>**OLD NAVY** | | | | **Notice Only** |

Sheet no. **5** of **7** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**5,244.00**

In re   **KENT RICHARD ROLLIE,**
        **KITTI KAROL ROLLIE**

Case No.  **4:10-bk-11805-JMM**

                                       Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HWJC Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **8602**<br><br>**SURETY ACCEPTANCE CORP C/O SHEFTEL ASSOCIATES 6440 E BROADWAY TUCSON, AZ 85710** | C | | **2010 CREDIT CARD** | | | | **336.00** |
| Account No. **x517B**<br><br>**THE MEADOWS HOMEOWNERS ASSOCIATION 6644 E. CALLE ALEGRIA TUCSON, AZ 85715** | C | | **2008 HOA FEES** | | | | **1,818.20** |
| Account No. **CV09030348**<br><br>**MONROE MCDONOUGH GOLDSCHMIDT & MOLLA, PL CAROLYN B. GOLDSCHMIDT, ESQ. 4578 N. FIRST AVE., SUITE 160 TUCSON, AZ 85718** | | | **Representing: THE MEADOWS HOMEOWNERS ASSOCIATION** | | | | **Notice Only** |
| Account No. **9225**<br><br>**TUCSON FEDERAL CREDIT UNION P O BOX 42435 TUCSON, AZ 85733** | C | | **8/1993 CREDIT CARD** | | | | **2,751.00** |
| Account No. **7776**<br><br>**TUCSON MEDICAL CENTER 5301 EAST GRANT ROAD P O BOX 42195 TUCSON, AZ 85733** | C | | **10/2009 MEDICAL BILL** | | | | **204.00** |

Sheet no. __6__ of __7__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**5,109.20**

In re **KENT RICHARD ROLLIE,**
      **KITTI KAROL ROLLIE**

Case No. **4:10-bk-11805-JMM**

                                         ,

Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **4287**<br><br>**VICTORIA SECRET**<br>**PO BOX 659562**<br>**SAN ANTONIO, TX 78265** | | C | **5/2006**<br>**CREDIT CARD** | | | | 379.00 |
| Account No. | | | | | | | |
| Account No. | | | | | | | |
| Account No. | | | | | | | |
| Account No. | | | | | | | |

Sheet no. **7** of **7** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)        **379.00**

Total
(Report on Summary of Schedules)        **94,599.36**

In re    **KENT RICHARD ROLLIE,**           Case No.   <u>**4:10-bk-11805-JMM**</u>
        **KITTI KAROL ROLLIE**

Debtors

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property. Include any timeshare interests. State nature of debtor's interest in contract, i.e., "Purchaser", "Agent", etc. State whether debtor is the lessor or lessee of a lease. Provide the names and complete mailing addresses of all other parties to each lease or contract described. If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if debtor has no executory contracts or unexpired leases.

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|
| **U STORE IT SPEEDWAY** | **STORAGE UNIT** |

In re   **KENT RICHARD ROLLIE,**
       **KITTI KAROL ROLLIE**

Case No.  **4:10-bk-11805-JMM**

Debtors

# SCHEDULE H - CODEBTORS

    Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

■  Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|

**0**
_____ continuation sheets attached to Schedule of Codebtors

In re **KENT RICHARD ROLLIE**
**KITTI KAROL ROLLIE**
Case No. **4:10-bk-11805-JMM**

Debtor(s)

# SCHEDULE I - CURRENT INCOME OF INDIVIDUAL DEBTOR(S)

The column labeled "Spouse" must be completed in all cases filed by joint debtors and by every married debtor, whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. Do not state the name of any minor child. The average monthly income calculated on this form may differ from the current monthly income calculated on Form 22A, 22B, or 22C.

| Debtor's Marital Status: | DEPENDENTS OF DEBTOR AND SPOUSE | |
|---|---|---|
| **Married** | RELATIONSHIP(S):<br>**None.** | AGE(S): |

| Employment: | DEBTOR | SPOUSE |
|---|---|---|
| Occupation | **PAINTER** | **LOAN PROCESSOR** |
| Name of Employer | **SELF EMPLOYED** | **NOVA HOME LOANS** |
| How long employed | **36 YEARS** | **23 YEARS** |
| Address of Employer | | **335 N WILMOT # 250**<br>**Tucson, AZ 85711** |

| INCOME: (Estimate of average or projected monthly income at time case filed) | | DEBTOR | | SPOUSE |
|---|---|---|---|---|
| 1. Monthly gross wages, salary, and commissions (Prorate if not paid monthly) | $ | 0.00 | $ | 2,514.66 |
| 2. Estimate monthly overtime | $ | 0.00 | $ | 0.00 |
| 3. SUBTOTAL | $ | 0.00 | $ | 2,514.66 |
| 4. LESS PAYROLL DEDUCTIONS | | | | |
| a. Payroll taxes and social security | $ | 0.00 | $ | 154.08 |
| b. Insurance | $ | 0.00 | $ | 500.34 |
| c. Union dues | $ | 0.00 | $ | 0.00 |
| d. Other (Specify): | $ | 0.00 | $ | 0.00 |
| | $ | 0.00 | $ | 0.00 |
| 5. SUBTOTAL OF PAYROLL DEDUCTIONS | $ | 0.00 | $ | 654.42 |
| 6. TOTAL NET MONTHLY TAKE HOME PAY | $ | 0.00 | $ | 1,860.24 |
| 7. Regular income from operation of business or profession or farm (Attach detailed statement) | $ | 3,616.17 | $ | 0.00 |
| 8. Income from real property | $ | 0.00 | $ | 0.00 |
| 9. Interest and dividends | $ | 0.00 | $ | 0.00 |
| 10. Alimony, maintenance or support payments payable to the debtor for the debtor's use or that of dependents listed above | $ | 0.00 | $ | 0.00 |
| 11. Social security or government assistance (Specify): | $ | 0.00 | $ | 0.00 |
| | $ | 0.00 | $ | 0.00 |
| 12. Pension or retirement income | $ | 0.00 | $ | 0.00 |
| 13. Other monthly income (Specify): | $ | 0.00 | $ | 0.00 |
| | $ | 0.00 | $ | 0.00 |
| 14. SUBTOTAL OF LINES 7 THROUGH 13 | $ | 3,616.17 | $ | 0.00 |
| 15. AVERAGE MONTHLY INCOME (Add amounts shown on lines 6 and 14) | $ | 3,616.17 | $ | 1,860.24 |
| 16. COMBINED AVERAGE MONTHLY INCOME: (Combine column totals from line 15) | $ | 5,476.41 | | |

(Report also on Summary of Schedules and, if applicable, on Statistical Summary of Certain Liabilities and Related Data)

17. Describe any increase or decrease in income reasonably anticipated to occur within the year following the filing of this document:
**DEBTOR'S INCOME IS BASED ON A SIX MONTH AVERAGE.**

In re
**KENT RICHARD ROLLIE**
**KITTI KAROL ROLLIE**
Case No. **4:10-bk-11805-JMM**

Debtor(s)

# SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)

Complete this schedule by estimating the average or projected monthly expenses of the debtor and the debtor's family at time case filed. Prorate any payments made bi-weekly, quarterly, semi-annually, or annually to show monthly rate. The average monthly expenses calculated on this form may differ from the deductions from income allowed on Form 22A or 22C.

☐ Check this box if a joint petition is filed and debtor's spouse maintains a separate household. Complete a separate schedule of expenditures labeled "Spouse."

| | | |
|---|---|---:|
| 1. Rent or home mortgage payment (include lot rented for mobile home) | $ | 400.00 |
| a. Are real estate taxes included? Yes **X** No ___ | | |
| b. Is property insurance included? Yes **X** No ___ | | |
| 2. Utilities: a. Electricity and heating fuel | $ | 300.00 |
| b. Water and sewer | $ | 75.00 |
| c. Telephone | $ | 85.00 |
| d. Other **See Detailed Expense Attachment** | $ | 185.00 |
| 3. Home maintenance (repairs and upkeep) | $ | 100.00 |
| 4. Food | $ | 550.00 |
| 5. Clothing | $ | 100.00 |
| 6. Laundry and dry cleaning | $ | 45.00 |
| 7. Medical and dental expenses | $ | 190.00 |
| 8. Transportation (not including car payments) | $ | 672.00 |
| 9. Recreation, clubs and entertainment, newspapers, magazines, etc. | $ | 200.00 |
| 10. Charitable contributions | $ | 0.00 |
| 11. Insurance (not deducted from wages or included in home mortgage payments) | | |
| a. Homeowner's or renter's | $ | 0.00 |
| b. Life | $ | 0.00 |
| c. Health | $ | 0.00 |
| d. Auto | $ | 115.00 |
| e. Other **PAY ROLL DEDUCATED INSURANCE PER MONTH** | $ | 500.34 |
| 12. Taxes (not deducted from wages or included in home mortgage payments) | | |
| (Specify) **PAY ROLL DEDUCTED TAXES PER MONTH** | $ | 154.08 |
| 13. Installment payments: (In chapter 11, 12, and 13 cases, do not list payments to be included in the plan) | | |
| a. Auto | $ | 0.00 |
| b. Other **BUSINESS INSURANCE AND TAXES** | $ | 300.00 |
| c. Other | $ | 0.00 |
| 14. Alimony, maintenance, and support paid to others | $ | 0.00 |
| 15. Payments for support of additional dependents not living at your home | $ | 0.00 |
| 16. Regular expenses from operation of business, profession, or farm (attach detailed statement) | $ | 1,419.97 |
| 17. Other **MISCELLANEOUS** | $ | 100.00 |
| Other | $ | 0.00 |

| | | |
|---|---|---:|
| 18. AVERAGE MONTHLY EXPENSES (Total lines 1-17. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) | $ | 5,491.39 |

19. Describe any increase or decrease in expenditures reasonably anticipated to occur within the year following the filing of this document:
**DEBTOR'S BUSINESS EXPENSES ARE BASED ON A SIX MONTH AVERAGE.**

20. STATEMENT OF MONTHLY NET INCOME

| | | |
|---|---|---:|
| a. Average monthly income from Line 15 of Schedule I | $ | 5,476.41 |
| b. Average monthly expenses from Line 18 above | $ | 5,491.39 |
| c. Monthly net income (a. minus b.) | $ | -14.98 |

In re    **KENT RICHARD ROLLIE**
         **KITTI KAROL ROLLIE**                                    Case No.    **4:10-bk-11805-JMM**
_____
                    Debtor(s)

## SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)
### Detailed Expense Attachment

**Other Utility Expenditures:**

| | | |
|---|---|---|
| **CELL PHONE** | $ | **100.00** |
| **CABLE/INTERNET** | $ | **85.00** |
| **Total Other Utility Expenditures** | $ | **185.00** |

# United States Bankruptcy Court
## District of Arizona

In re    **KENT RICHARD ROLLIE**
**KITTI KAROL ROLLIE**

Debtor(s)

Case No.    **4:10-bk-11805-JMM**

Chapter    **13**

## DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of __26__ sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date _____     Signature    **/s/ KENT RICHARD ROLLIE**

                                                   **KENT RICHARD ROLLIE**
                                                   Debtor

Date _____     Signature    **/s/ KITTI KAROL ROLLIE**

                                                   **KITTI KAROL ROLLIE**
                                                   Joint Debtor

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

# United States Bankruptcy Court
## District of Arizona

In re   **KENT RICHARD ROLLIE**
     **KITTI KAROL ROLLIE**

Case No.   **4:10-bk-11805-JMM**

Debtor(s)     Chapter   **13**

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1. Pursuant to 11 U.S.C. § 329(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above-named debtor and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

   | | | |
   |---|---|---|
   | For legal services, I have agreed to accept | $ | 3,500.00 |
   | Prior to the filing of this statement I have received | $ | 1,500.00 |
   | Balance Due | $ | 2,000.00 |

2. $ **274.00** of the filing fee has been paid.

3. The source of the compensation paid to me was:

   ■ Debtor     ☐ Other (specify):

4. The source of compensation to be paid to me is:

   ■ Debtor     ☐ Other (specify):

5. ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

6. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a. [Other provisions as needed]

7. By agreement with the debtor(s), the above-disclosed fee does not include the following service:

---

### CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

Dated: _____

**/s/ Daniel J. Rylander**
**Daniel J. Rylander 015279**
**ROBINSON & RYLANDER, P.C.**
**4340 N. CAMPBELL AVENUE**
**SUITE 266**
**TUCSON, AZ 85718**
**520-299-4922   Fax: 520-299-1482**

---

**WARNING: Effective December 1, 2009, the 15-day deadline to file schedules and certain other documents under Bankruptcy Rule 1007(c) is shortened to 14 days.  For further information, see note at bottom of page 2**

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF ARIZONA

# NOTICE TO CONSUMER DEBTOR(S) UNDER § 342(b)
# OF THE BANKRUPTCY CODE

In accordance with § 342(b) of the Bankruptcy Code, this notice to individuals with primarily consumer debts: (1) Describes briefly the services available from credit counseling services; (2) Describes briefly the purposes, benefits and costs of the four types of bankruptcy proceedings you may commence; and (3) Informs you about bankruptcy crimes and notifies you that the Attorney General may examine all information you supply in connection with a bankruptcy case.

You are cautioned that bankruptcy law is complicated and not easily described. Thus, you may wish to seek the advice of an attorney to learn of your rights and responsibilities should you decide to file a petition. Court employees cannot give you legal advice.

Notices from the bankruptcy court are sent to the mailing address you list on your bankruptcy petition.  In order to ensure that you receive information about events concerning your case, Bankruptcy Rule 4002 requires that you notify the court of any changes in your address.  If you are filing a **joint case** (a single bankruptcy case for two individuals married to each other), and each spouse lists the same mailing address on the bankruptcy petition, you and your spouse will generally receive a single copy of each notice mailed from the bankruptcy court in a jointly-addressed envelope, unless you file a statement with the court requesting that each spouse receive a separate copy of all notices.

## 1. Services Available from Credit Counseling Agencies

**With limited exceptions, § 109(h) of the Bankruptcy Code requires that all individual debtors who file for bankruptcy relief on or after October 17, 2005, receive a briefing that outlines the available opportunities for credit counseling and provides assistance in performing a budget analysis.** The briefing must be given within 180 days **before** the bankruptcy filing. The briefing may be provided individually or in a group (including briefings conducted by telephone or on the Internet) and must be provided by a nonprofit budget and credit counseling agency approved by the United States trustee or bankruptcy administrator. The clerk of the bankruptcy court has a list that you may consult of the approved budget and credit counseling agencies.  Each debtor in a joint case must complete the briefing.

**In addition, after filing a bankruptcy case, an individual debtor generally must complete a financial management instructional course before he or she can receive a discharge.** The clerk also has a list of approved financial management instructional courses.  Each debtor in a joint case must complete the course.

## 2. The Four Chapters of the Bankruptcy Code Available to Individual Consumer Debtors

### Chapter 7: Liquidation ($245 filing fee, $39 administrative fee, $15 trustee surcharge: Total Fee $299)

Chapter 7 is designed for debtors in financial difficulty who do not have the ability to pay their existing debts. Debtors whose debts are primarily consumer debts are subject to a "means test" designed to determine whether the case should be permitted to proceed under chapter 7. If your income is greater than the median income for your state of residence and family size, in some cases, the United States trustee (or bankruptcy administrator), the trustee, or creditors have the right to file a motion requesting that the court dismiss your case under § 707(b) of the Code. It is up to the court to decide whether the case should be dismissed.

Under chapter 7, you may claim certain of your property as exempt under governing law. A trustee may have the right to take possession of and sell the remaining property that is not exempt and use the sale proceeds to pay your creditors.

The purpose of filing a chapter 7 case is to obtain a discharge of your existing debts. If, however, you are found to have committed certain kinds of improper conduct described in the Bankruptcy Code, the court may deny your discharge and, if it does, the purpose for which you filed the bankruptcy petition will be defeated.

Even if you receive a general discharge, some particular debts are not discharged under the law. Therefore, you may still be responsible for most taxes and student loans; debts incurred to pay nondischargeable taxes; domestic support and property settlement obligations; most fines, penalties, forfeitures, and criminal restitution obligations; certain debts which are not properly listed in your bankruptcy papers; and debts for death or personal injury caused by operating a motor vehicle, vessel, or aircraft while intoxicated from alcohol or drugs. Also, if a creditor can prove that a debt arose from fraud, breach of fiduciary duty, or theft, or from a willful and malicious injury, the bankruptcy court may determine that the debt is not discharged.

### Chapter 13: Repayment of All or Part of the Debts of an Individual with Regular Income ($235 filing fee, $39 administrative fee: Total fee $274)

Chapter 13 is designed for individuals with regular income who would like to pay all or part of their debts in installments over a period of time. You are only eligible for chapter 13 if your debts do not exceed certain dollar amounts set forth in the Bankruptcy Code.

Under chapter 13, you must file with the court a plan to repay your creditors all or part of the money that you owe them, using your future earnings. The period allowed by the court to repay your debts may be three years or five years, depending upon your income and other factors. The court must approve your plan before it can take effect.

After completing the payments under your plan, your debts are generally discharged except for domestic support obligations; most student loans; certain taxes; most criminal fines and restitution obligations; certain debts which are not properly listed in your bankruptcy papers; certain debts for acts that caused death or personal injury; and certain long term secured obligations.

### Chapter 11: Reorganization ($1000 filing fee, $39 administrative fee: Total fee $1039)

Chapter 11 is designed for the reorganization of a business but is also available to consumer debtors. Its provisions are quite complicated, and any decision by an individual to file a chapter 11 petition should be reviewed with an attorney.

### Chapter 12: Family Farmer or Fisherman ($200 filing fee, $39 administrative fee: Total fee $239)

Chapter 12 is designed to permit family farmers and fishermen to repay their debts over a period of time from future earnings and is similar to chapter 13.  The eligibility requirements are restrictive, limiting its use to those whose income arises primarily from a family-owned farm or commercial fishing operation.

## 3. Bankruptcy Crimes and Availability of Bankruptcy Papers to Law Enforcement Officials

A person who knowingly and fraudulently conceals assets or makes a false oath or statement under penalty of perjury, either orally or in writing, in connection with a bankruptcy case is subject to a fine, imprisonment, or both. All information supplied by a debtor in connection with a bankruptcy case is subject to examination by the Attorney General acting through the Office of the United States Trustee, the Office of the United States Attorney, and other components and employees of the Department of Justice.

**WARNING:** Section 521(a)(1) of the Bankruptcy Code requires that you promptly file detailed information regarding your creditors, assets, liabilities, income, expenses and general financial condition. Your bankruptcy case may be dismissed if this information is not filed with the court within the time deadlines set by the Bankruptcy Code, the Bankruptcy Rules, and the local rules of the court.  The documents and the deadlines for filing them are listed on Form B200, which is posted at http://www.uscourts.gov/bkforms/bankruptcy_forms.html#procedure.

**Many filing deadlines change on December 1, 2009.  Of special note, 12 rules that set 15 days to act are amended to require action within 14 days, including Rule 1007(c), filing the initial case papers; Rule 3015(b), filing a chapter 13 plan; Rule 8009(a), filing appellate briefs; and Rules 1019, 1020, 2015, 2015.1, 2016, 4001, 4002, 6004, and 6007.**

# United States Bankruptcy Court
### District of Arizona

In re   **KENT RICHARD ROLLIE**
        **KITTI KAROL ROLLIE**

                                Debtor(s)

Case No.   **4:10-bk-11805-JMM**
Chapter   **13**

## CERTIFICATION OF NOTICE TO CONSUMER DEBTOR(S)
## UNDER § 342(b) OF THE BANKRUPTCY CODE

### Certification of Debtor

    I (We), the debtor(s), affirm that I (we) have received and read the attached notice, as required by § 342(b) of the Bankruptcy Code.

**KENT RICHARD ROLLIE**
**KITTI KAROL ROLLIE**
Printed Name(s) of Debtor(s)

Case No. (if known) **4:10-bk-11805-JMM**

X **/s/ KENT RICHARD ROLLIE**
Signature of Debtor             Date

X **/s/ KITTI KAROL ROLLIE**
Signature of Joint Debtor (if any)    Date

---

**Instructions:** Attach a copy of Form B 201 A, Notice to Consumer Debtor(s) Under § 342(b) of the Bankruptcy Code.

Use this form to certify that the debtor has received the notice required by 11 U.S.C. § 342(b) **only** if the certification has **NOT** been made on the Voluntary Petition, Official Form B1. Exhibit B on page 2 of Form B1 contains a certification by the debtor's attorney that the attorney has given the notice to the debtor. The Declarations made by debtors and bankruptcy petition preparers on page 3 of Form B1 also include this certification.

# United States Bankruptcy Court
### District of Arizona

In re    **KENT RICHARD ROLLIE**
**KITTI KAROL ROLLIE**             Case No.    **4:10-bk-11805-JMM**

                         Debtor(s)      Chapter     **13**

# DECLARATION

We, **KENT RICHARD ROLLIE and KITTI KAROL ROLLIE** , do hereby certify, under penalty of perjury, that the Master

Mailing List, consisting of __5__ sheet(s), is complete, correct and consistent with the debtor(s)' schedules.

Date: _____     **/s/ KENT RICHARD ROLLIE**
                                **KENT RICHARD ROLLIE**
                                Signature of Debtor

Date: _____     **/s/ KITTI KAROL ROLLIE**
                                **KITTI KAROL ROLLIE**
                                Signature of Debtor

Date: _____     **/s/ Daniel J. Rylander**
                                Signature of Attorney
                                **Daniel J. Rylander 015279**
                                **ROBINSON & RYLANDER, P.C.**
                                **4340 N. CAMPBELL AVENUE**
                                **SUITE 266**
                                **TUCSON, AZ 85718**
                                **520-299-4922   Fax: 520-299-1482**

MML-5

AMERICA ON LINE
Acct No xxxxxx4877
PO BOX 330622
TAMPA FL 33630-0622

AMERICAN EXPRESS
Acct No 0483
BANKRUPTCY DEPARTMENT
16 GENERAL WARREN BLVD
MALVERN PA 19355

ARIZONA DEPARTMENT OF REVENUE
Acct No xxxxx9047
BANKRUPTCY UNIT
1600 W MONROE RM 110
PHOENIX AZ 85007

CAPITAL ONE
Acct No xxxx-xxxx-xxxx-2482
PO BOX 60579
CITY OF INDUSTRY CA 91716-0599

CAPITAL ONE BANK
Acct No 8032
INQUIRIES
PO BOX 30285
SALT LAKE CITY UT 84130-0285

CERTEGY PAYMENT RECOVERY SERVICES INC
Acct No 25677929 099999
11601 ROOSEVELT BOULEVARD
SAINT PETERSBURG FL 33716

CHASE
Acct No xxxxx0357
ATTN: BANKRUPTCY DEPT
PO BOX 100018
KENNESAW GA 30156

CHASE
Acct No xxxxx9047
ATTN: BANKRUPTCY DEPT
PO BOX 100018
KENNESAW GA 30156

CHASE
Acct No 5764
ATTN: BANKRUPTCY DEPT
PO BOX 100018
KENNESAW GA 30156

CHASE MORTGAGE
Acct No 0056
10790 RANCHO BERNARDO RD
SAN DIEGO CA 92127

CHASE MORTGAGE
Acct No 0049
10790 RANCHO BERNARDO RD
SAN DIEGO CA 92127

CITI CORP/ BANKRUPTCY DEPT.
Acct No xxxxx9047
CREDIT SERVICES CENTALIZED BANKRUPTCY
PO BOX 20432
KANSAS CITY MO 64195

CITIBANK/SEARS
Acct No 8893
PO BOX 740281
HOUSTON TX 77274

CITIFINANIAL
Acct No 2035
300 SAINT PAUL PL
BALTIMORE MD 21202

DESERT DIAMOND NOGALES
Acct No xxxx7929
7350 S NOGALES HWY
TUCSON AZ 85756

DISCOVER CARD
Acct No 1015
P.O. BOX 30395
SALT LAKE CITY UT 84130-0395

DISCOVER CARD
Acct No 2070
ACCOUNT INQUIRIES
PO BOX 30943
SALT LAKE CITY UT 84130

DISCOVER CARD
Acct No 8087
P.O. BOX 30395
SALT LAKE CITY UT 84130-0395

DUNN EDWARDS
Acct No xxxxx0357
7525 E. BROADWAY
TUCSON AZ 85705

EQUABLE ASCENT FINANCIL
Acct No 6819
1120 WEST LAKE CO
BUFFALO GROVE IL 60089

G C SERVICES
Acct No 5710
C/O SPRINT
6330 GULFTON STREET STE 400
HOUSTON TX 77081

GE MONEY BANK
Acct No 6819
5996 W. TOUHY AVENUE
NILES IL 60714

GEMB/CARE CREDIT
Acct No 4651
ATTN: BANKRUPTCY
P O BOX 103106
ROSWELL GA 30076

GEMB/DILLARDS
Acct No 1410
PO BOX 981471
EL PASO TX 79998

GEMB/WALMART
Acct No 2375
ATTN: BANKRUPTCY
P O BOX 103106
ROSWELL GA 30076

GURSTEL STALOCH & CHARGO, P.A.
Acct No xxxxx9047
64 E BROADWAY RD, STE 255
TEMPE AZ 85282

ROLLIE, KENT and KITTI - 4:10-bk-11805-JMM

HSN
Acct No xxxxxxxxxxxx3894
PO BOX 9090
CLEARWATER FL 33758-9090

INTERNAL REVENUE SERVICE
Acct No xxxxx9047
CENTRALIZED INSOLVENCY OPERATION
PO BOX 21126
PHILADELPHIA PA 19114

INTERNAL REVENUE SERVICE
Acct No xxxxx9047
CENTRALIZED INSOLVENCY OPERATION
PO BOX 21126
PHILADELPHIA PA 19114

JC PENNEY
Acct No 3273
BANKRUPTCY DEPARTMENT
PO BOX 65
DALLAS TX 75221

KOHL'S / CHASE
Acct No 9652
3550 SALZMAN ROAD
MIDDLETOWN OH 45044

LVNV FUNDING LLC
Acct No 8893
PO BOX 740281
HOUSTON TX 77274-0281

MACY'S
Acct No 7420
BANKRUPTCY DEPARTMENT
6356 CORLEY ROAD
NORCROSS GA 30071

MEADOWS HOA
Acct No x517B
6644 E. CALLE ALEGRIA
TUCSON AZ 85715

MONROE MCDONOUGH GOLDSCHMIDT & MOLLA, PL
Acct No CV09030348
CAROLYN B. GOLDSCHMIDT, ESQ.
4578 N. FIRST AVE., SUITE 160
TUCSON AZ 85718


OLD NAVY
Acct No xxxxx9047
P.O. BOX 103090
ROSWELL GA 30076


STATE FARM FINANCAL
Acct No 0001
ONE STATE FARM PLAZA
BLOOMINGTON IL 61710


SURETY ACCEPTANCE CORP
Acct No 8602
C/O SHEFTEL ASSOCIATES
6440 E BROADWAY
TUCSON AZ 85710


THE MEADOWS HOMEOWNERS ASSOCIATION
Acct No x517B
6644 E. CALLE ALEGRIA
TUCSON AZ 85715


TUCSON FEDERAL CREDIT UNION
Acct No 9225
P O BOX 42435
TUCSON AZ 85733


TUCSON MEDICAL CENTER
Acct No 7776
5301 EAST GRANT ROAD
P O BOX 42195
TUCSON AZ 85733


VICTORIA SECRET
Acct No 4287
PO BOX 659562
SAN ANTONIO TX 78265


WELLS FARGO
Acct No 9001
PO BOX 29704
PHOENIX AZ 85038